IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIANO DE JESUS ROMERO LEVER,

    Petitioner,

v.                                 No. 26-cv-0899-SMD-GBW

PAMELA BONDI, Attorney General of the United States;
SECRETARY, U.S. Department of Homeland Security;
MARY DE ANDA-YBARRA, El Paso Field Office Director,
Immigration and Customs Enforcement; TODD LYONS,
Acting Director of Immigration and Customs Enforcement; and
WARDEN, Cibola County Correctional Center,

    Respondents.[1]

## ORDER TO ANSWER AND PROHIBITING TRANSFER OUT OF DISTRICT

Before the Court is Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition).   Petitioner is detained at the Cibola County Correctional Center in Milan, New Mexico, and has paid the habeas filing fee.   Petitioner states he entered the United States on July 28, 2023; he was taken into immigration custody on October 1, 2025 after a scheduled immigration appointment; he received a bond hearing on December 22, 2025; and the Immigration Judge denied bond.   (Doc. 1) at 1-2.   Petitioner contends the bond hearing was not constitutionally adequate, and he seeks immediate release or a constitutionally adequate bond hearing before an Immigration Judge.   *Id.* at 3-5.   Petitioner also filed a Motion to Stay Transfer

---

[1] The Court adds/substitutes the above-listed parties as Respondents.  *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

(Doc. 2), Motion to Expedite (Doc. 3), and Emergency Motion for Temporary Restraining Order (Doc. 4).

Having conducted an initial review of the Petition, the Court will order Respondents to file an answer. The Clerk's Office has electronically served the Petition on Respondents via CM/ECF. *See* (Doc. 5). The United States Attorney's Office (USAO) shall answer the Petition (Doc. 1) within 10 business days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). If the USAO declines to timely respond, the Court may enter a separate order granting a bond hearing or release from custody. Petitioner may file an optional reply within 10 business days after the answer brief is filed.

The Court will grant Petitioner's Motion to Stay Transfer (Doc. 2), Motion to Expedite (Doc. 3), and Emergency Motion for Temporary Restraining Order (Doc. 4), to the extent Petitioner requests an order enjoining the Government from transferring him from the District of New Mexico while these proceedings are pending. To the extent these Motions seek the same relief as the Petition – but on an emergency basis – such request is denied. Petitioner has not demonstrated his claims are more urgent than other petitioners, and in any event, this Court already addresses immigration petitions as soon as possible.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition (Doc. 1) within 10 business days of entry of this Order and show cause why the requested relief should not be granted. Petitioner may file an optional reply within 10 business days after the response is filed.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Stay Transfer (**Doc. 2**), Motion to Expedite (**Doc. 3**), and Emergency Motion for Temporary Restraining Order (**Doc. 4**), are **GRANTED in part,** as set forth above; and the Government is **ENJOINED** from transferring

Petitioner from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

**IT IS FINALLY ORDERED** that the Clerk's Office shall **UPDATE** the case caption to match the party Respondents added/substituted via this Order.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE